UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LESLIE ADAMS**                                                                                       CIVIL ACTION

**VERSUS**

**JOHN BEL EDWARDS, ET AL.**                                         NO.: 19-00884-BAJ-EWD

RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 6)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff Leslie Adams' Complaint (Doc. 1) against Defendants under 42 U.S.C. § 1983, alleging a violation of his Fourteenth Amendment due process rights because of the Louisiana Constitutional provision which previously allowed for convictions in criminal cases by non-unanimous juries. (Doc. 6 at p. 2). The Magistrate Judge found that because Plaintiff had not yet challenged his conviction through the proper channels, his § 1983 claim challenging his conviction is barred by the *Heck* doctrine. (*Id.*). The Magistrate Judge recommended that Plaintiff's action be dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, without prejudice to any right Plaintiff may have now or in the future to seek federal habeas corpus relief. (*Id.*).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report

1

and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Plaintiff filed an objection (Doc. 7). Defendants did not file a response.

In the objection, Plaintiff argues that Article I § 17 of the Louisiana Constitution, the provision permitting non-unanimous criminal convictions, is unconstitutional. Plaintiff also argues that although he understands why Defendants must be dismissed from his suit, his rights are still violated because the declared unconstitutionality of the provision has no retroactive effect on his conviction.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 6)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 29th day of June, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**